# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1103
_____

EDDIE JULIUS, III,

　Appellant,

v.

STATE OF FLORIDA,

　Appellee.

_____

On appeal from the County Court for Gulf County.
Timothy James McFarland, Judge.

October 10, 2025

PER CURIAM.

　AFFIRMED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Kevin Paul Steiger, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Christina Piotrowski, Assistant Attorney General, Tallahassee, for Appellee.